UNITED STATES BANKRUPTCY COURT
District of Maine

In the matter of:

**Toby Wood**
**Jennifer Wood,**

    Debtors

Chapter 13
Case No. 08-10113

### ORDER ON MOTION TO BORROW

This matter came before the court on the debtors' motion to borrow. After notice and [opportunity for] hearing and for good cause shown, it is hereby ORDERED:

The Debtor shall be allowed to borrow up to $8,364.00 from Garrett's Auto Sales, LLC of Holden, ME at 18.00% interest for 182 weekly payments of $62.11 to purchase a 2007 Nissan Versa. The total finance charge is $2,940.02 and the vehicle payments total $11,304.02.

Date: April 9, 2013

_____
Louis H. Korneich
United States Bankruptcy Judge